Edna D. CARTER, Plaintiff–Appellant

v.

Michael J. ASTRUE, Commissioner of Social Security, Defendant–Appellee.

No. 12–3605.

United States Court of Appeals, Eighth Circuit.

Submitted: April 5, 2013.

Filed: April 8, 2013.

Edna D. Carter, Saint Louis, MO, pro se.

Jane Rund, Assistant U.S. Attorney, U.S. Attorney's Office, Saint Louis, MO, Kristi Schmidt, Deputy, Chief Counsel, Sean Stewart, Assistant Regional Counsel, Social Security Administration Office of General Counsel Region VII, Kansas City, MO, for Defendant–Appellee.

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

PER CURIAM.

Edna Carter appeals the district court's[1] dismissal of her social security complaint as untimely. Carter filed her complaint in the district court on June 6, 2012, after the Social Security Administration Appeals Council denied review on March 20, 2012, and notified Carter that she had sixty days to seek judicial review.

---

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

After de novo review, *see Bess v. Barnhart,* 337 F.3d 988, 989 (8th Cir.2003) (per curiam), we agree with the district court that the complaint was untimely under 42 U.S.C. § 405(g), and that Carter did not allege any circumstances warranting an equitable tolling of the limitations period. Further, Carter did not counter the Commissioner's evidence showing that she never asked the Appeals Council for an extension of time to file her complaint for judicial review. Accordingly, we affirm. *See* 8th Cir. R. 47B.